IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| ALBERTO CEJA-VARGAS, #24429-379 | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv460 |
| | | CRIM NO. 4:13CR00175-001 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Ceja-Vargas' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**. All other motions not previously ruled on are hereby **DENIED**.

**SIGNED this 3rd day of November, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE